UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH AKRAMI,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  24cv171-W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTE [ECF NO. 16]** |

　　　Pending before the Court is the "Joint Stipulation to Extend Deadline to Raise Discovery Dispute," filed by Plaintiff Fatemeh Akrami ("Plaintiff") and Defendant SeaWorld LLC ("Defendant").  (ECF No. 16.)  Pursuant to Civil Local Rule 7.2, the Court construes this as a Joint Motion.  (See CivLR 7.2)  Finding good cause, the Court **GRANTS** the Joint Motion and modifies the deadlines as follows:

1. Plaintiff's deadline to serve amended responses to Defendant's Special Interrogatories, Set 1 and Requests for Production of Documents, Set 1 is **July 8, 2024**.
2. Defendant's deadline to raise a discovery dispute and for the parties to jointly call the Court to request an informal discovery conference on Plaintiff's amended discovery responses, if needed, is **July 15, 2024**.

1

**IT IS SO ORDERED**.

Dated: July 1, 2024

Honorable Michael S. Berg
United States Magistrate Judge