1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| FATEMEH AKRAMI,<br><br>                    Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>                    Defendants. | Case No.: 24cv171-W (MSB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR CONTINUANCE [ECF NO. 33]** |

Pending before the Court is the parties' "Joint Motion Stipulating to the Continuance of Discovery Deadlines and Other Pre-Trial Proceedings," filed by Plaintiff Fatemeh Akrami ("Plaintiff") and Defendant SeaWorld LLC ("Defendant") on February 27, 2025. (ECF No. 33, hereinafter "Joint Motion.") The parties ask that the remaining case schedule be continued by approximately sixty days for the following reasons: (1) Defendant has not received all subpoenaed records; (2) Defendant was unable to depose Plaintiff earlier because defense counsel had to unexpectedly try a different case; and (3) Plaintiff is unavailable for a deposition until April 2025. (Id. at 4.)

The Court held an Early Neutral Evaluation and Case Management Conference nearly one year ago on March 11, 2024. (ECF No. 9.) The following day, the Court issued its original Scheduling Order regulating discovery and other pre-trial proceedings.

(ECF No. 10.) Upon joint motion by the parties, the Court granted a sixty-day continuance on July 15, 2024, and a ninety-day continuance on December 5, 2024. (See ECF Nos. 20 & 29.) The most recent Scheduling Order warned that "[a]s this is the second lengthy modification to the case schedule, future continuances will not be considered absent extraordinary circumstances." (ECF No. 29 at 3.) During a telephonic Case Management Conference on January 7, 2025, the Court informed the attorneys it would be willing to allow Plaintiff's deposition to take place past the close of fact discovery. (ECF No. 32.) Now, the parties seek to continue all case deadlines by approximately sixty days. (ECF No. 33 at 5.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). Here, the discovery cutoff has been continued by approximately 150 days from January 13, 2025 to June 9, 2025. (ECF Nos. 10 & 29.) Considering the substantial continuances to date and the relative complexity of this case, the Court does not find the parties have articulated extraordinary circumstances warranting an additional sixty-day continuance. However, the Court will provide a thirty-day extension to accommodate defense counsel's unexpected trial obligations and Plaintiff's deposition. Accordingly, the Joint Motion is **GRANTED in part** and **DENIED in part** as follows:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery Deadline | March 14, 2025 | **April 14, 2025** |
| Expert Designation | March 14, 2025 | **April 14, 2025** |
| Rebuttal Expert Exchange | March 28, 2025 | **April 28, 2025** |
| Expert Disclosures | April 25, 2025 | **May 28, 2025** |
| Supplemental Disclosures | May 9, 2025 | **June 11, 2025** |

| | | |
|---|---|---|
| Expert Discovery Deadline | June 9, 2025 | **July 11, 2025** |
| Pretrial Motions Deadline | July 9, 2025 | **August 11, 2025** |
| Mandatory Settlement Conference ("MSC") | September 29, 2025, at 1:30 p.m. | **November 3, 2025, at 9:30 a.m.** |
| MSC Statements[1] | September 22, 2025 | **October 27, 2025** |
| Pre-Trial Disclosures | October 6, 2025 | **November 10, 2025** |
| Meeting of Counsel, Local Rule 16.1(f)(4) | October 14, 2025 | **November 17, 2025** |
| Plaintiff to Provide Pretrial Order to Opposing Counsel | October 20, 2025 | **November 24, 2025** |
| Proposed Final Pretrial Conference Order | October 27, 2025 | **December 1, 2025** |
| Informal Letter Briefs | November 5, 2025 | **December 10, 2025** |
| Final Pretrial Conference | November 10, 2025, at 10:30 a.m. | **December 15, 2025, at 10:30 a.m.** |

As this is the third continuance, future requests to substantially alter the case schedule will not be considered.

**IT IS SO ORDERED.**

Dated: March 3, 2025

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] All guidelines in the Court's original Scheduling Order remain in place. (See ECF No. 10.)